### J. P. PARKER & Co. v. BENNER, CORNISH & Co.

(No. 1202, Op. Book No. 3, p. 163.)

APPEAL from McLennan County. Opinion by WHITE, P. J.

§ 64. *Mortgagee cannot assert his claim in trial of right of property. A mortgage is security and will remain with mortgagor, and is subject to execution against mortgagor.* A mortgagee has no such interest in mortgaged property as can be asserted by claim under the

statute providing for the trial of the right of property. A mortgage is but a security, the title remaining in the mortgagor until divested by foreclosure. Mortgaged property is liable to execution against the mortgagor, subject to the lien created by the mortgage. [Wright v. Henderson, 12 Tex. 43; Gillian v. Henderson, 12 Tex. 47.]

Reversed and remanded.